IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHU SHUKLA,<br>　　　　　Plaintiffs,<br><br>v.<br><br>UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEMS, PENN MEDICINE UNIVERSITY CITY, CAPITAL HEALTH REGIONAL MEDICAL CENTER, WEST WINDSOR POLICE DEPARTMENT AND JOANNA ROHDE ,<br>　　　　　Defendants. | CIVIL ACTION<br><br><br><br>NO.  20-5634 |

## O R D E R

**AND NOW**, this 26th day of January, 2021, on consideration of Defendant Capital Health Regional Medical Center's Motion to Dismiss for Lack of Subject Matter Jurisdiction (ECF 18), *pro se* Plaintiff's responses thereto (ECF 20, 21, & 25), and Defendant's Reply (ECF 24), the motion is **HEREBY GRANTED**.  The claims against Capital Health Regional Medical Center alleged to arise under the United States Constitution or federal law are **DISMISSED WITH PREJUDICE**, any state law claims are **DISMISSED WITHOUT PREJUDICE**.  The clerk shall terminate Capital Health Regional Medical Center from the case.

　　　　　　　　　　　　　　　　　　　BY THE COURT:


　　　　　　　　　　　　　　　　　　　/s/Wendy Beetlestone, J.

　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　**WENDY BEETLESTONE, J.**