# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| ASHU SHUKLA, <br>           **Plaintiffs,** <br><br> v. <br><br> UNIVERSITY OF PENNSYLVANIA HEALTH SYSTEMS, PENN MEDICINE UNIVERSITY CITY, CAPITAL HEALTH REGIONAL MEDICAL CENTER, WEST WINDSOR POLICE DEPARTMENT, JOANNA ROHDE, ATTORNEY GENERAL OF THE UNITED STATES, UNITED STATES ATTORNEY FOR THE EASTERN DISTRICT OF PENNSYLVANIA, <br><br>           **Defendants.** | CIVIL ACTION <br><br><br> NO. 20-5634 |

## O R D E R

**AND NOW**, this 30th day of April, 2021, in light of Plaintiff Ashu Shukla's failure to comply with this Court's Order to File an Unredacted Certificate of Merit (ECF 95) and Order to Respond to the Motions to Dismiss and Provide Proof of Service on West Windsor Township (ECF 96), **IT IS HEREBY ORDERED THAT** that this case is **DISMISSED** pursuant to Federal Rule of Civil Procedure 41(b). The clerk shall **TERMINATE** this case and mark it as **CLOSED.**

BY THE COURT:

/s/Wendy Beetlestone, J.

_____
**WENDY BEETLESTONE, J.**